Lorenzo D. Trevizo
NAME

K90776
PRISON NUMBER

P.O. Box 2500
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Vacaville, CA. 95696
CITY, STATE, ZIP CODE.

**FILED**

MAR 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 & 1983

**FILING FEE PAID**
Yes _____ No ✓

**IFP MOTION FILED**
Yes ✓ No _____

**COPIES SENT TO**
Court ✓ ProSe _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Lorenzo D. Trevizo ,
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

Knowles, Warden (cm.f)
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

_____ ,

The Attorney General of the State of
California, Additional Respondent.

Civil No _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

'08 CV 0493 DMS BLM

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   San Bernardino Superior Court, State of California.

2. Date of judgment of conviction: 3-18-05

3. Trial court case number of the judgment of conviction being challenged: _____
   FWV031741

4. Length of sentence: 6 years

CIV 68 (Rev. Jan. 2006)

CV

5.  Sentence start date and projected release date: _3-18-05_____

    _____

6.  Offense(s) for which you were convicted or pleaded guilty (all counts): _____
    ____P. C. § 12021.1 ; V.C. § 2800.2 (A)._____
    _____

7.  What was your plea? (CHECK ONE)
    (a)  Not guilty        ☐
    (b)  Guilty            ☑
    (c)  Nolo contendere   ☐

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
    (a)  Jury          ☐    _N/A_
    (b)  Judge only    ☐

9.  Did you testify at the trial?
    ☐ Yes  ☐ No        _N/A_

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☐ Yes  ☐ No        _N/A_

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a)  Result: _____ _N/A_____
    (b)  Date of result (if known): _____
    (c)  Case number and citation (if known): _____
    (d)  Names of Judges participating in case (if known)_____
         _____

    (e)  Grounds raised on direct appeal: _____
         _____
         _____

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a)  Result: _____ _N/A_ _____
    (b)  Date of result (if known): _____
    (c)  Case number and citation (if known): _____
         _____
    (d)  Grounds raised: _____
         _____
         _____

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____ *N/A* _____

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): _____

    _____

    (d) Grounds raised: _____

    _____

    _____

    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
  ☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known): *N/r*

    (b) Nature of proceeding: *SEE Attached STATE Court WRit -- RECORd*

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☒ No

    (e) Result: _____

    (f) Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
  ☒ Yes  ☐ No

CIV 68 (Rev. Jan. 2006)

cv

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known): _____ N/A _____

    (b) Nature of proceeding: _____

    (c) Names of Judges participating in case (if known)_____

    _____

    (d) Grounds raised: _____

    _____

    _____

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☐ No  N/A

    (f) Result: _____

    (g) Date of result (if known): _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known): _____ N/A _____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☐ No  N/A

    (e) Result: _____

    (f) Date of result (if known): _____

20. If you did **not** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>**California Supreme Court**</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____ N/A _____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☑ Yes ☐ No      (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed? _____
   (i) What was the prior case number? _____
   (ii) Was the prior action (CHECK ONE):
      ☐ Denied on the merits?
      ☐ Dismissed for procedural reasons?
   (iii) Date of decision: _____
(b) Were any of the issues in this current petition also raised in the prior federal petition?
   ☐ Yes ☐ No
(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
   ☐ Yes ☐ No

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

CIV 68 (Rev. Jan. 2006)

-5-

CV

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: CUNNINGHAM CLAIM; SEE ATTACHED. Writ For CLARITY of EXHAUSTED claim.

Supporting FACTS: Id.

Did you raise GROUND ONE in the **California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

CIV 68 (Rev. Jan. 2006)

cv

**(b) GROUND TWO**: _____ I d _____

Supporting **FACTS**: _____ I.d. _____

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☐ No.

    If yes, answer the following:

    (1)   Nature of proceeding (i.e., petition for review, habeas petition): _____

    (2)   Case number or citation: _____

    (3)   Result (attach a copy of the court's opinion or order if available): _____

**(c) GROUND THREE:** _____

_Id_

_____

_____

**Supporting FACTS:** _____

_Id_

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

   If yes, answer the following:

   (1)   Nature of proceeding (i.e., petition for review, habeas petition): _____

   (2)   Case number or citation: _____

   (3)   Result (attach a copy of the court's opinion or order if available): _____

CIV 68 (Rev. Jan. 2006)

cv

**(d)    GROUND FOUR:** _____

_Id_

_____

**Supporting FACTS:** _____

_Id_

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

If yes, answer the following:

(1)    Nature of proceeding (i.e., petition for review, habeas petition): _____

(2)    Case number or citation: _____

(3)    Result (attach a copy of the court's opinion or order if available): _____

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the **judgment** under attack?

☐ Yes  ☑ No

**24.** If your **answer** to #23 is "Yes," give the following information:

(a) Name of Court: _____

(b) Case Number: _____

(c) Date action filed: _____

(d) Nature of proceeding: _____

_____

(e) Name(s) of judges (if known): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes  ☐ No

**25.** Give the **name** and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: _____WAYNE  M.  ROZENBERG_____

(b) At arraignment and plea: _____Ed_____

(c) At trial: _____NO TRiAl_____

(d) At sentencing: _____WAYNE  M.  ROZENBERG_____

(e) On appeal: _____N/A_____

(f) In any post-conviction proceeding: _____N/A_____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____
_____N/A_____

CIV 68 (Rev. Jan. 2006)

cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☑ Yes ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☑ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   _____ N/A _____

   (b) Give date and length of the future sentence: _____
   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes ☐ No  N/A

28. Consent to Magistrate Judge Jurisdiction

   In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

   The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

   You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
_3-12-08_

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_N/A_

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on
_3-12-08_

(DATE)                          SIGNATURE OF PETITIONER

CIV 68 (Rev. Jan. 2006)

cv

S154602

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re LORENZO D. TREVIZO on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

Werdegar, J., was absent and did not participate.

SUPREME COURT
**FILED**

JAN - **3** 2008

Frederick K. Ohlrich Clerk

_____
Deputy


**GEORGE**
_____
Chief Justice

Name LORENZO D. TREVIZO
(last) (first) (initial)

Address CMF P.O. BOX 2500

VACAVILLE, CA 95696-2500

MC-275

CDC or ID Number K-90776

## CALIFORNIA SUPREME COURT

(Court)

| |
|---|
| LORENZO D. TREVIZO |
| Petitioner |
| vs. |
| SUE HUBBARD, WARDEN |
| Respondent |

**PETITION FOR WRIT OF HABEAS CORPUS**

No. _____
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

**RECEIVED**

**JUL 1 3 2007**

**CLERK SUPREME COURT**

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC–275

**This petition concerns:**

☐ A conviction                    ☐ Parole

☒ A sentence                      ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☐ Other (specify): _N/A_

1. Your name: _LORENZO D. TREVIZO_

2. Where are you incarcerated? _CA. MED. FAC._

3. Why are you in custody?   ☒ Criminal Conviction   ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

_CONCEALED WEAPON / EVADING PEACE_

b. Penal or other code sections: _P.C. 12021.1; VC. 2800.2(A)_

c. Name and location of sentencing or committing court: _SAN BERNADENO SUPERIOR COURT_

d. Case number: _FWV031741_

e. Date convicted or committed: _3/18/05_

f. Date sentenced: _3/18/05_

g. Length of sentence: _6 YEARS_

h. When do you expect to be released? _____

i. Were you represented by counsel in the trial court?   ☒ Yes.   ☐ No. If yes, state the attorney's name and address:

_WAYNE ROZENBERG_

4. What was the LAST plea you entered? *(check one)*

☐ Not guilty   ☒ Guilty   ☐ Nolo Contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?   _N/A_

☐ Jury   ☐ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

6. GROUNDS FOR RELIEF                                                                    MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

PETITIONER RE-INCORPORATES HIS ARGUMENTS AS SET FORTH IN
THE HABEAS CORPUS FILED IN THE SUPERIOR COURT OF SAN
BERNARDINO COUNTY AND THE FOURTH APPELLATE DISTRICT,
DIVISION TWO.

a. Supporting facts:
   Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

SEE ATTACHED GROUNDS FOR RELIEF.

b. Supporting cases, rules, or other authority (optional):
   *(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

PEOPLE V. BANKS (2007); PEOPLE V. DIAZ (2007); SEE ALSO
SUPPORTING ARGUMENTS IN ATTACHED ADDITIONAL
PAGES.

7. **Ground 2 or Ground** _____ *(if applicable):*                                          **MC–275**

SEE ADDITIONAL PAGES

a. Supporting facts:

SEE ADDITIONAL PAGES

b. Supporting cases, rules, or other authority:

SEE ADDITIONAL PAGES

MC—275

8. Did you appeal from the conviction, sentence, or commitment?    ☐ Yes.  ☒ No.  If yes, give the following information:

   a.  Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

   _N/A_

   b.  Result _____    c.  Date of decision: _____

   d.  Case number or citation of opinion, if known: _____

   e.  Issues raised:  (1) _____

      (2) _____

      (3) _____

   f.  Were you represented by counsel on appeal?  ☐ Yes.  ☐ No. If yes, state the attorney's name and address, if known:

   _____

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☐ No.   If yes, give the following information:

   a.  Result _____    b.  Date of decision: _____

   c.  Case number or citation of opinion, if known: _____

   d.  Issues raised:  (1) _____

      (2) _____

      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

   _NO DELAY -- NEW SUPREME COURT RULING_

11. Administrative Review:

   a.  If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

   _N/A_

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   b.  Did you seek the highest level of administrative review available?  ☐ Yes.  ☐ No.   _N/A_
      *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, **skip to number 15.**   **MC–275**

13.  a.  (1) Name of court: _____
        *N/A*

         (2) Nature of proceeding (for example, "habeas corpus petition"): _____

         (3) Issues raised: (a) _____

              (b) _____

         (4) Result (Attach order or explain why unavailable): _____

         (5) Date of decision: _____

    b.  (1) Name of court: _____

         (2) Nature of proceeding: _____

         (3) Issues raised: (a) _____

              (b) _____

         (4) Result (Attach order or explain why unavailable): _____

         (5) Date of decision: _____

    c.  For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
    *N/A*
    _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)
    *NO DELAY -- NEW SUPREME COURT RULING*
    _____

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:
    _____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:
    _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
    *SEE ATTACHED SUPERIOR COURT AND APPELLATE COURT DENIALS.*

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: *6-21-07*                          ▶ _____
                                                (SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]        **PETITION FOR WRIT OF HABEAS CORPUS**                    Page 6 of 6

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

**ORDER**

FILED
MAY 2 3 2007
COURT OF APPEAL FOURTH DISTRICT

IN re LORENZO D. TREVIZO                    E043064

  on Habeas Corpus.                        (Super.Ct.Nos. FWV031741 &
                                          SWHSS9308)

                                          The County of San Bernardino

_____

THE COURT

    The petition for writ of habeas corpus is DENIED.



                                    MILLER
                        _____
                                                    Acting P.J.


cc:    See attached list


COPY

MC–275

Name __LORENZO D. TREVIZO__ .

Address __CMF P.O. BOX 2500__

__VACAVILLE, CA 95696-2500__

CDC or ID Number __K-90776__

## FOURTH DISTRICT COURT OF APPEAL, DIVISION 2
(Court)

| |
|---|
| __LORENZO D. TREVIZO__ |
| Petitioner |
| vs. |
| __SUE HUBBARD, WARDEN__ |
| Respondent |

**PETITION FOR WRIT OF HABEAS CORPUS**

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC–275

**This petition concerns:**

☐ A conviction      ☐ Parole

☒ A sentence      ☐ Credits

☐ Jail or prison conditions      ☐ Prison discipline

☐ Other *(specify):* N/A

1. Your name: LORENZO D. TREVIZO

2. Where are you incarcerated? CA. MED. FAC.

3. Why are you in custody? ☒ Criminal Conviction    ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

SEE ATTACHED SUPERIOR COURT WRIT FOR FULL INFORMATION.

b. Penal or other code sections: Id

c. Name and location of sentencing or committing court: Id.

d. Case number:

e. Date convicted or committed:

f. Date sentenced:

g. Length of sentence:

h. When do you expect to be released? MARCH 2009

i. Were you represented by counsel in the trial court? ☒ Yes. ☐ No. If yes, state the attorney's name and address:

SEE ATTACHED SUPERIOR WRIT; EXHIBIT A

4. What was the LAST plea you entered? *(check one)*

☐ Not guilty    ☒ Guilty    ☐ Nolo Contendere    ☐ Other:

5. If you pleaded not guilty, what kind of trial did you have?

☐ Jury    ☐ Judge without a jury    ☐ Submitted on transcript    ☐ Awaiting trial    N/A

6. GROUNDS FOR RELIEF                                                            MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

PETITIONER RE-INCORPORATES HIS ARGUMENTS AS SET
FORTH IN THE HABEAS CORPUS FILED IN THE SUPERIOR
COURT, COUNTY OF SAN BERNARDINO

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

THE TRIAL COURT MIS-STATED PETITIONER'S GROUNDS FOR
RELIEF. PETITIONER'S ARGUMENTS THAT IMPOSITION
OF THE UPPER TERM AS TO HIS SENTENCE, AND UTILIZING
THE SAME ELEMENT USED TO IMPOSE THE UPPER TERM
TO BE USED TO ENHANCE AND DOUBLE HIS PRISON
TERM, VIOLATES CUNNINGHAM V. CALIFORNIA.
THEREFORE, PETITIONER REQUESTS THAT HIS WRIT BE
GRANTED AS HE IS ENTITLED TO RELIEF AS SET FORTH
UNDER SUPREME COURT PRECEDENT.

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

SEE ATTACHED SUPERIOR COURT WRIT FOR ALL
CASES AND AUTHORITY RELIED UPON.

7. **Ground 2 or Ground _____** *(if applicable):*

SEE ATTACHED

a. Supporting facts·

b. Supporting cases, rules, or other authority:

MC–275

8. Did you appeal from the conviction, sentence, or commitment?  ☐ Yes.  ☒ No.  If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

_N/A_

b. Result _____    c. Date of decision: _____

d. Case number or citation of opinion, if known: _____

e. Issues raised: (1) _____

(2) _____

(3) _____

f. Were you represented by counsel on appeal?  ☐ Yes.  ☐ No. If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☐ No.  If yes, give the following information:

a. Result _____    b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_DSL, SENTENCING PROVISION, NEWLY DECLARED UNCONSTITUTIONAL_

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].)  Explain what administrative review you sought or explain why you did not seek such review:

_____

_____

_____

_____

_____

_____

_____

_____

b. Did you seek the highest level of administrative review available?  ☐ Yes.  ☐ No.  N/A
   *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, **MC–275** commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a.  (1) Name of court: _____ *N/A* _____

(2) Nature of proceeding (for example, "habeas corpus petition"): _____

(3) Issues raised: (a) _____

   (b) _____

(4) Result *(Attach order or explain why unavailable)*: _____

(5) Date of decision: _____

b.  (1) Name of court: _____

(2) Nature of proceeding: _____

(3) Issues raised: (a) _____

   (b) _____

(4) Result *(Attach order or explain why unavailable)*: _____

(5) Date of decision: _____

c.  *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
_____ *N/A* _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
   NO DELAY -- NEW SUPREME COURT RULING

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:
_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:
_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
   SEE ATTACHED SUPERIOR COURT RULING
      CASE NO: SWHSS - 9308

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 4-21-07

▶ _____
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]    **PETITION FOR WRIT OF HABEAS CORPUS**    Page 6 of 6

## DECLARATION OF MAILING

I, _LORENZO D. TREVIZO_, declare:

I am a citizen of the United States, over the age of eighteen years and ~~was~~ a party to the within action;

My legal mailing address is the California Medical Facility, P.O. Box 2500, Vacaville, CA 95696-2500;

That, on _4-23-_, _07_, I served a copy of the foregoing _WRIT OF HABEAS CORPUS_ by placing said copy in the United States mail at Vacaville, California, County of Solano, addressed as follows:

FourTH DistricT CourT of APPEAl Div. 2
3389 12TH STREET
Riverside, CA. 92501

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Vacaville, California on _5-7-07_, ____.

_LorenZO D Trevizo_
**Declarant's Printed Name**

_(signature)_
**Declarant's Signature**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN BERNARDINO

ACIS Case No.:                    JUDGE:  BOB N. KRUG          DATE:  March 14, 2007

CASE NO.:SWHSS – **9308**          CLERK:  V. GAYTON            COUNSEL:

DEPT.:  S-16                      BAILIFF:  --

CASE TITLE:      In the Matter of the Application of
                 **LORENZO D. TREVIZO**
                 on Habeas Corpus

NATURE OF PROCEEDINGS:

### ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

MINUTE ORDER:

The Petition for Writ of Habeas Corpus filed with this court on March 12, 2007 seeks to reduce his sentence.

The Petition is denied.

Petitioner entered a plea agreement wherein he agreed to the upper term of three years doubled becaus of a prior strike.  He now contends that the Determinate Sentence law is unconstitutional but fails to provide any authority for this position.

He also argues that his prior strike could not be used to impose the upper term and double his sentence He is wrong.  He got the sentence he agreed to and a prior conviction is not prohibited by <u>Cunningham</u> <u>California</u> 127 S. Ct. 856.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF SAN BERNARDINO, CENTRAL DISTRICT

TITLE OF CASE (ABBREVIATED):    In the Matter of the Application of
**LORENZO TREVIZO**
on Habeas Corpus

CASE NUMBER:    SWHSS – **9308**

---

## DECLARATION OF SERVICE BY MAIL

My business address is:  San Bernardino Superior Court, 351 N. Arrowhead Avenue, San Bernardino, California 92415.

I hereby declare that I am a citizen of the United States, over the age of 18, employed in the above-named county, and not a party to nor interested in this proceeding. On _____March 14, 2007_____, I deposited in the United States mail at San Bernardino, California, a sealed envelope (postage prepaid) which contained a true copy of the attached:

NAME OF DOCUMENT:

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

which was addressed as follows:

Name and Address of Persons Served:

Lorenzo D. Trevizo, K-90776
C.M.F.
P.O. Box 2500
Vacaville, CA 95696-2500

At the time of mailing this notice there was regular communication between the place of mailing and the place(s) to which this notice was addressed.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _____March  14,  2007_____            by _____

Mary Jo Phipps
Judicial Secretary

Name LORENZO D. TREVIZO                                    MC-275

Address CMF P.O. BOX 2500

VACAVILLE, CA 95696-2500

CDC or ID Number K-90776

SUPERIOR COURT, COUNTY OF SAN BERNARDINO

STATE OF CALIFORNIA

(Court)

---

LORENZO D. TREVIZO
**Petitioner**

vs.

SUE HUBBARD, Warden, et al.,

**Respondent**

PETITION **FOR** WRIT OF HABEAS CORPUS

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS--READ CAREFULLY

- If you are **challenging** an **order of commitment** or a **criminal conviction and** are filing this petition in the **Superior Court,** you should **file it** in the **county** that **made the order.**

- If you are **challenging** the **conditions of your confinement and** are filing **this** petition in the Superior Court, you should **file it** in the **county in** which **you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should **exercise** care to **make** sure all answers are true and correct. Because the petition includes a verification, the making of **a** statement that **you** know is false may result in a **conviction for** perjury.

- Answer all applicable questions **in the** proper spaces. If you need **additional** space, **add** an extra page and indicate that your answer is **"continued on** additional page."

- If you are filing **this** petition in the Superior Court, you need file only **the** original unless local rules require **additional** copies. **Many courts require** more copies.

- If you are filing **this** petition in the Court of Appeal, file the original **and four** copies of the petition and, if separately bound, **one copy** of any supporting documents.

- If you are filing **this** petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, **two copies** of any supporting documents.

- Notify the Clerk of the Court in writing if you change **your** address after filing you petition.

- In most cases, the law requires **service** of a copy of **the** petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. **You may** serve the copy by mail.

Approved by the Judicial Council of California for use **under** Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. **Subsequent** amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]          PETITION FOR WRIT OF HABEAS CORPUS          Page one of six
Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

-1-

This petition concerns:

☐ **A conviction**                  ☐ Parole

☒ **A sentence**                    ☐ Credits

☐ **Jail** or prison conditions     ☐ Prison discipline

☐ **Other** (specify):  N/A

1. Your name:  LORENZO D. TREVENO

2. Where are you incarcerated?  California Medical Facility.

3. Why are you in custody?  ☒ Criminal Conviction  ☐  Civil Commitment

Answer *subdivisions* a. through i. to the *best of* your ability.

a. State **reason** for civil commitment or, if **criminal** conviction, **state** nature of offense and enhancements (for example, "robbery with use **of a deadly weapon**").

SEE EXHIBIT A FOR FULL INFORMATION

b. Penal **or other** code sections:  Id

c. Name **and** location of sentencing or committing court  Id

d. Case **number**:  Id

e. Date **convicted** or committed:  Id

f. Date **sentenced**:  Id

g. Length **of** sentence:  Id

h. When do you expect to be released?  MARCH 2009

i. Were **you** represented by counsel in the **trial court**?  ☒ Yes.  ☐ No. If yes, state the attorney's name and address:

SEE EXHIBIT A

4. What was the LAST plea you entered? (check one)

☐ Not guilty  ☒ Guilty  ☐ Nolo Contender  ☐ Other:

5. If you pleaded not guilty, what kind of trial did you have?

☐ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial   N/A

MC-275 (Rev. July 1, 2005)

**PETITION FOR WRIT OF HABEAS CORPUS**

Page two of six

6. **GROUNDS FOR RELIEF**

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

See attached pages....

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time (when) or place (where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

Same as above, See attached pages....

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Supporting Case is cited in attached Ground for relief. See: Attached.

MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Page three of six

7. Ground 2 or Ground _____ (if applicable):

_____

_____

_____

_____

_____

a. Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b. Supporting cases, rules, or other authority:

_____

_____

_____

_____

_____

_____

_____

MC-275 [Rev. July 1, 2005]                **PETITION FOR WRIT OF HABEAS CORPUS**                Page four of six

-4-

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☐ No. If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): _N/A_____

   b. Result _____ c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised: (1) _____

             (2) _____

             (3) _____

   f. Were you represented by counsel on appeal? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

   _____

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No. If yes, give the following information:

   a. Result _____ b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____

             (2) _____

             (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal: THIS PETITION CONCERNS A "NEW" RULE OF LAW RECENTLY PRONOUNCED BY THE SUPREME COURT OF

THE UNITED STATES IN CUNNINGHAM Vs. CALIFORNIA, 2007 DJDAR 1003.

11. Administrative Review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App. 3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review.

     N/A _____

     _____

     _____

     _____

     _____

     _____

     _____

     _____

     _____

     _____

     _____

   b. Did you seek the highest level of administrative review available? ☐ Yes. ☐ No. N/A

   *Attach documents that show you have exhausted your administrative remedies.*

MC-275 (Rev. July 1, 2005)      **PETITION FOR WRIT OF HABEAS CORPUS**      Page Five of six

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

*N/A*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

*N/A*

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) These Cases does not apply. New Rule of law recently pronounced by the U.S. Supreme Court. And un **Teague Vs. Lane**, 489 U.S. 288 (1979) ("Petitioner "is" entitled to avail himself to releif under NEW DECISIONS.) Also See: **Davis Vs. United States**, 417 U.S. 333 (1974).

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known: _____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain: _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: Petitioner Must first submit his Petition to this Court for Ruling.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 2-24-07

▶ _(signature)_  (SIGNATURE OF PETITIONER)

MC-275 (Rev. July 1, 2005)

**PETITION FOR WRIT OF HABEAS CORPUS** Petitioner In Pro Se.

Page six of six

# I

**A FACT UNDERLYING AN ENHANCEMENT CANNOT DO DOUBLE DUTY; IT CANNOT BE USED TO IMPOSE AN UPPER TERM SENTENCE AND, ON TOP OF THAT, AN ENHANCED TERM. THEREFORE, THE DETERMINATE SENTENCING LAW IS ARBITRARY AND CAPRICIOUS AND THUS VIOLATES PETITIONER'S SIXTH AND FOURTEENTH AMENDMENT RIGHTS.**

Enacted in 1977, the Determinate Sentencing Law ("DSL") replaced an Indeterminate Senctencing regime in force in California for some 60 years. *Cunningham v. California*, 2001 DJDAR 1003, 1006. Under the prior regime, Courts imposed open-endended prison terms (often one year to life), and the parole board - the Adult Authority - determined the amount of time a felon would ultimately spend in prison. *Ibid*. In contrast, the *DSL* fixed the terms of imprisonment for most offenses, and eliminated the possibility of early release on parole. Through the *DSL*, California's Lawmakers aimed to promote uniform and proportionate punishment. *Id*.

For most offenses, including Petitioner's, the *DSL* regime is implemented in the following manner. The statute defining the offense prescribes three precise terms of imprisonment - a lower, middle, and *upper sentence*. *Cunningham*, 2007 DJDAR at 1006. Penal Code section 1170(b) ... controls the trial judge's chioce; it provides that "the Court shall order imposition of the middle term, unless there are circumstances in aggravation or mitigation of the crime." *Id*. "(C)ircumstances in aggravation or mitigation" are to be determined by the Court after consideration of several items; the trial records; the probation officer's report; statements in aggravation or mitigation submitted by the

-7-

parties, the victim, or the victim's family; "and any further evidence introduce at the sentencing hearing." *Id*.

Restating section 1170(b), the Council's Rules provide that "(T)he middle term shall be selected unless imposition of the upper or lower term is justified by circumstances in aggravation or mitigation." Rule 4.420(a). "Circumstances in aggravation," as crisply defined by the Judicial Council, means "facts which justify the imposition of the upper prison term." Rule **4.405(d)** (Emphasis added) Facts aggravating an offense, the Rule instruct, "shall be established by a preponderance of the evidence," Rule 4.420(b), and must be "stated orally on the record." Rule 4.420(e). *Cunningham*, 2007 DJDAR at 1006.

The Rules provide a nonexhaustive list of aggravating circumstances, including "(F)acts relating to the crime," Rule 4.421(a), "(F)acts relating to the defendant," Rule 4.421(b), and "(A)ny other facts statutorily declared to be circumstances in aggravation," Rule 4.421.(c). Beyond the enumerated circumstances, "the judge is free to consider any 'additional criteria reasonably related to the decision being made.'" 2007 DJDAR at 1006. "A fact that is an element of the crime," however, "shall not be used to impose the upper term." *Id*.

While the Rules list "(G)eneral objectives of sentencing," Rule 4.410(a), nowhere are these objectives cast as "circumstances in aggravation" that alone authorize an upper term sentence. The Rules also state that "(T)he enumeration ... of some criteria for the making of discretionary sentencing decisions does not prohibit the application of additional

-8-

criteria reasonably related to the decision being made." Rule
4.408(a). California courts have not read this language to
unmoor "circumstances in aggravation" from any factfinding
anchor. In line with the Rules, the Califonria Supreme Court has
repeatedly referred to circumstances in aggravation as facts.
*See*, e.g., *Black*, 35 Cal. 4th at 1256 ("The legislature did not
identify all of the particular *facts* that could justify the upper
term." (Emphasis added)); *People v. Wiley*, 9 Cal. 4th 580, 587
(1995)("(T)rial courts are assigned the task of deciding whether
to impose an upper or lower term of imprisonment based upon their
determination whether there are circumstances in aggravation or
mitigation on the crime, *a determination that invariably requires
numerous factual findings*." (Emphasis added and internal
quotation marks omitted)).

Notably, the Penal Code permits elevation of a sentence
above the upper term based on specified statutory enhancements
relating to the defendant's criminal history or circumstances of
the crime. *See*, e.g., Penal Code section 667 et seq. (West Supp.
2006); section 12022 et seq. *See also Black*, 35 Cal. 4th at
1257. Unlike aggravating circumstances, statutory enhancements
must be charged in the indictment, and the underlying facts must
be proved to the jury beyond a reasonable doubt. Penal Code
section 1170.1(e); *Black*, 35 Cal. 4th at 1257. A fact underlying
an enhancement cannot do double duty; it cannot be used to impose
an upper term sentence and, on top of that, an enhanced term.
Penal Code section 1170(b). Where permitted by statute, however,
a judge may use a fact qualifying as an enhancer to impose an

upper term rather than an enhance sentence. *Ibid.*; Rule 4.420(c).

1.    A STATE-CREATED IMPEDIMENT HAS BEEN LIFTED
      AND THEREFORE THE DETERMINATE SENTENCING
      LAW'S ENHANCEMENT PROVISION IS VULNERABLE
      TO A CONSTITUTIONAL CHALLENGE

The Supreme Court has Ruled that under the Sixth and Fourteenth Amendments, any fact that exposes a defendant to a greater potential sentence must be found be a jury, not a judge, and established beyond a reasonable doubt, not merely by a preponderance of the evidence. *Cunningham v. California*, 2007 DJDAR 1003, 1007 (Holding that "(T)he DSL, by placing Sentencing-Elevating Factfinding within the judge's province, violates a defendant's Right to trial by jury safeguarded by the Sixth and Fourteenth Amendments.") *Id.* at 1005. The provision, which has been utilized by Petitioner's sentencing judge, that allowed the Court to impose an upper, and an enhanced term, has been invalidated as unconstitutional. Rule 4.420(c), *Cunningham*, 2007 DJDAR at 1007. Thus, the enhancement(s) that were used to impose the upper term at Petitioner's sentencing, as well as an enhanced term amounts to an arbitrary exercise of Government and is fundamentally unfair. *Hurtado v. California*, 110 U.S. 516, 527 (1884) (The fundamental core of Due Process is protection against arbitrary action), quoting *Bank of Columbia v. Oakley*, 17 U.S. 235, 244 4 Wheat. 235-244, 4 L. Ed. 449 (1819) (Due Process Clause was "intended to secure the individual from the arbitrary exercise of the powers of Government.") *Cunningham*, 2007 DJDAR at 1007 (The *DSL* violates the Fourteenth Amendment); *See also Ruimveld v. Birkett*, 404 F3d 1006, 1010 (6th Cir Cir.2005) ("(T)he legal principles and standards flowing from (Supreme

Court) precedent" qualify as "clearly established law" under the *AEDPA.*); *Wiggins v. Smith*, 539 U.S. 510, 520 (2003)(A governing legal principle can be applied to a set of facts different from those of the case in which the principle was announced); *Teaque v. Lane*, 489 U.S. 288 (1979); *Davis v. United States*, 417 U.S. 333 (1974); *Kaufman v. United States*, 394 U.S. 217, 341-342 (1969) (Peitioner is entitled to avail himself to relief under new decisions), or New Rules of Law as pronounced by the Supreme Court of the United States.

In __2004__ , the District Attorney filed an indictment against Petitioner in case No. FWV031741. (*See* Attached Documents, Exhibit-A.) Petitioner sustained a conviction (**By Plea Bargain** ~~or Jury trial~~) and the sentencing judge used "facts" based on the preponderance of the evidence, *See Sentencing Transcripts/Related Documents-Exhibit-B*, to impose the *upper term* sentence and, on top of that, an enhanced term. Thus, Petitioner's sentence is unlawful as his Sixth and Fourteenth Amendment Rights are not satisfied. *See*, e.g., *Blakely*, 543 U.S. at 305, and n.8. Hence, because the *DSL* authorized the judge to find facts permitting an *upper term* sentence, and an enhanced term, the system is arbitrary, capricious, and fundamentally unfair as it violates Petitioner's Sixth and Fourteenth Amendment Rights.

//

///

////

## CONCLUSION

**WHEREFORE**, Petitioner prays that this Court:

1) Find that Petitioner's Sixth and Fourteenth Amendment Rights to trial by Jury were violated, as the trial Court imposed an *upper term*, and an *enhanced term* sentence upon Petitioner in excess of the relevant statutory maximum as this action was arbitrary, capricious, and fundamentally unfair;

2) Find that the _DSL_ Sentencing Scheme is arbitrary, capricious, and fundamentally unfair as it mandated the trial Court to impose an *upper term*, and an *enhanced term* sentence upon Petitioner in excess of the relevant Statutory Maximum;

3) Enter a Declaration that the _DSL_ Sentencing Scheme violated the Rights of Defendants since 1977, by placing Sentence-Elevating factfinding within the trial Judge's province, violating a Defendant's Right to *trial by Jury* safeguarded by the Sixth and Fourteenth Amendments to the United States Constitution;

4) Invalidate all Sentence enhancements imposed upon Petitioner unlawfully; and,

5) And such other relief as this Honorable Court deems appropriate and in the Interest of Justice.

Dated: 2-24-07

Respectfully submitted,

/s/ _Jorge Lui_____

In Propria Persona

EXHIBIT # A

# ABSTRACT OF JUDGMENT - PRISON COMMITMENT

FORM DSL 290

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | SAN BERNARDINO |
| COURT I.D. **3 6 1 1 0**  BRANCH | Rancho |

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA versus | ☒ PRESENT | CASE NUMBER(S) |
| DEFENDANT LORENZO DELGADO TREVIZO | | FWV031741 -A |
| AKA: | ☐ NOT PRESENT | -B / -C / -D |
| COMMITMENT TO STATE PRISON | AMENDED | -E |
| ABSTRACT OF JUDGEMENT | ABSTRACT ☐ | ENTERED INTO OBIS |

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 031805 | R10 | GERARD S BROWN | Kim Pematt |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| Colleen Southwick | C. Pilchman by T Colclough | Wayne Rozenberg | |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY / MISDEMEANORS):
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ___ (NUMBER OF PAGES) ___

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO DAY YEAR | CONVICTED BY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS MONTHS |
|---|---|---|---|---|---|---|---|
| 1 | PC 12021.1 | CONCEALED WEAPON | 04 | 03 18 05 | | Principal | 6 |
| | | EVADING PEACE OFFICER | | | | | ( 6 ) |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTION OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

5. Other orders: PC 1202.4(b) Restitution Fine $ 200 payable to the Restitution Fund to be collected by the Dept of Corrections. PC 1202.45 - Restitution Fine $ 200 stayed pending successful completion of parole.
[ ] Sentence to run concurrent to ___
☒ Sentenced per PC 1170.12(c)/667(e)(1)

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (DSL 290-A):
7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM-LIMIT, ETC.
8. TOTAL TERM IMPOSED: 6
9. EXECUTION OF SENTENCE IMPOSED: A.☒ AT INITIAL SENTENCING HEARING  B.☐  C.☐  D.☐  E.☐ OTHER

| 10. DATE OF SENTENCE PRONOUNCED (MO)(DAY)(YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|---|
| 03 18 05 | | 357 | 238 | 119 | ☐ DMH  ☐ CDC |

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☒ FORTHWITH   ☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ CALIF. INSTITUTION FOR WOMEN - FRONTERA   ☐ CALIF. MEDICAL FACILITY-VACAVILLE X   ☒ CALIF. INSTITUTION FOR MEN - CHINO   ☐ DEUEL VOC. INST.
☐ SAN QUENTIN   ☐ OTHER (SPECIFY)

## CLERK OF THE SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgement made in this action.

DEPUTY'S SIGNATURE  *Marian Casslam*   03/21/05

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences.

**ABSTRACT OF JUDGMENT PRISON COMMITMENT** No Probation Report
FORM DSL 290

Form Adopted by the Judicial Council of California
Effective January 1, 1990

DEPT OF CORRECTIONS

# EXHIBIT # B

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

| | |
|---|---|
| *Lorenzo Trevizo*<br>Plaintiff,<br><br>V<br><br>*SUE HUBBARd, WARdEN*<br>Defendants. | CASE NO. : CIV.<br><br>**PROOF OF SERVICE** |

I, the undersigned, hereby certify that I am over the age of eighteen years and am a party to

the above entitled action. On ~~about~~ 7-10- , 20 07 , I served:

WRIT OF HABEAS CORPUS

by placing said documents in a postage paid envelope addressed to the person (s) hereinafter
listed, by handing said postage paid envelope to a CDC Officer who, in the presence of me,
Plaintiff, inspected/searched said envelope for prohibited material. The CDC Officer examining
said envelope, signed their full last name across the seal and retained possession of said envelope
for processing as outgoing legal mail via the United States Mail.
(List of persons served in this action).

▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨      CALiforNiA supreme courT
▨▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨      SAN francisco off.
▨▨▨▨▨ ▨▨ ▨▨      350 McAllister st,
▨▨▨▨▨▨ ▨▨▨▨▨      SAN francisco, CA. 94102-7303
▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨

I, LORENZO TREVIZO , declare, under the penalty or perjury, that the foregoing is true and

correct. Dated: 7-10-07 .

*Lino Tizo*
**Pro Se Litigant**

## DECLARATION OF MAILING

I, _LORENZO D. TREVIZO_ declare:
PRINT NAME HERE

I am a citizen of the United States, over the age of

eighteen years and ~~not~~ a party to the within action;

My legal mailing address is the California Medical Facility,

P.O. Box 2500, Vacaville, CA 95696-2500;

That, on _3-3-_, _07_, I served a copy of the

foregoing _PETITION FOR WRIT OF HABEAS CORPUS WITH EXHIITS._

by placing said copy in the United States mail at Vacaville,

California, County of Solano, addressed as follows:

NAME OF SUPERIOR COURT: SAN BERNARDINO, MAIN
AND ADDRESS:

351 N. ARROWHEAD

SAN BERNARDINO, CA 92415

I declare under penalty of perjury that the foregoing is

true and correct.    3-3-07

EXECUTED at Vacaville, California on ~~3-2-07~~.

LORENZO D. TREVIZO              _Lorenzo Trevizo_
Declarant's Printed Name        Declarant's Signature
PRINT NAME HERE

9. If I violate any of the above conditions in paragraph 16a-16f, I then agree, the court will no longer be bound by this plea bargain and I will not have any right to withdraw my plea. I further understand and agree that any violation of these terms will be decided by the sentencing judge without a jury and by a preponderance of the evidence. I further understand and agree, that if the court finds any willful violation of these terms, the court will be free to impose any greater sentence than expressly stated in this agreement, up to the maximum penalty for each offense and enhancement to which I am pleading guilty/no contest or admitting, and I will not have any right to withdraw my plea.   16g.

17. *Vargas Waiver* (if applicable)   I understand that I am being sentenced today pursuant to the initial terms stated in paragraph 9. If I comply with the conditions set forth in numbers 16a, 16b, 16c, 16d, 16e and 16f, and any other terms as ordered, the court will resentence me pursuant to the remainder of the terms described in paragraph 9.   17.

18. *(Arbuckle Waiver)* I understand that I have the right to be sentenced by the judge who accepted my plea, but I agree that any judge of the superior court may impose sentence in this case.   18.

19. I have had sufficient time to consult with my attorney concerning my intent to plead guilty/no contest to the above charge(s) (and admit any prior conviction or enhancement). My lawyer has explained everything on this declaration to me, and I have had sufficient time to consider the meaning of each statement. I have personally placed my initials on certain boxes on this declaration to signify that I fully understand and adopt as my own each of the statements which correspond to those boxes.   19.

20. I waive and give up any right to appeal from any motion I may have brought or could bring and from the conviction and judgment in my case since I am getting the benefit of my plea bargain.   20.

21. a.   I can read and understand English.
    OR   21a.
    b.   I cannot read/understand English, but I have had the assistance of an interpreter to read this form to me and I now understand all the contents of this form.   21b.

22. (If applicable) I understand that a plea of no contest is the same as a plea of guilty in this criminal case and for all purposes has the same consequences as a plea of guilty and can be used against me in a civil lawsuit.   22.

I declare under the penalty of perjury that the foregoing is true and correct and that I am signing this declaration on
X _3-18_ , 19 __ / 20 _05_, at _____, California.

_____
*Defendant's Signature*

**CERTIFICATE OF INTERPRETER:** I declare under the penalty of perjury that I translated the entire contents of this form from English to _____ *(language)* in the presence of and directly to the defendant in this case and that said defendant subscribed to this document in my presence.

_____     _____
     *Date*                      *Interpreter's Signature*

**ATTORNEY STATEMENT:** I, _Wayne Rosenberg_ state that I am above-named defendant's attorney in the above-entitled criminal action; that I personally read and explained the contents of the above declaration to the defendant; that I personally observed the defendant sign said declaration; that I concur in the defendant's withdrawal of his/her plea(s) of not guilty; and that I concur in the defendant's plea(s) of guilty/nolo contendere (no contest) and/or admissions to the charge(s) as set forth by the defendant in the above declaration.

_3-18-05_            _____
   *Date*                       *Attorney for Defendant*

_3-18-05_         Approved: _____
   *Date*                       *Deputy District Attorney*

---

## ORDER
### (Read these findings orally into the record)

After directly examining the defendant, the court finds:

☐ 1.   The defendant has read and understands the DECLARATION BY DEFENDANT.
      ☐ PURSUANT TO PENAL CODE SECTION 859A     ☐ RE CHANGE OF PLEA (GUILTY).

☐ 2.   That the defendant understands the nature of the crime(s) charged against him/her and the consequences of his/her guilty/nolo contendere plea(s) (and admissions).

☐ 3.   That the defendant understandingly and intelligently waives his/her constitutional rights.

☐ 4.   The defendant is personally and orally entering his/her plea of guilty/no contest (and admission(s)) to the offense(s).

☐ 5.   That the defendant's plea(s) of guilty/no contest (and admission(s)), is/are free and voluntary.

☐ 6.   That a factual basis exists for the plea(s) of guilty (and admission(s)), and/or that the plea bargain is hereby approved.

☐ 7.   That the defendant personally waives his/her right to have his/her probation hearing and pronouncement of judgment within 20 court days.

☐ 8.   (For 859a only) Plea confirmed in superior court.

It is ordered that this Declaration by Defendant be received and filed with the court's records of this case and that the defendant's plea(s) of guilty/no contest (and admission(s)) be accepted and entered in the minutes of this court.

Dated this ___ day of _____, 19 __ / 20 _06_

_____
                          *Judge*

☑ Forthwith sentence
☐ Pronouncement of judgment will be set on _____ at ___ ___ m. in Department _____
☐ Resentencing (Vargas) will be set on _____ at ___ ___ m. in Department _____

ABF 13-20110-360 Rev 07/04                                                  Page 3 of 3

f. If I plead guilty to any sex crime covered by Penal Code Section 290, I will be required to register as a sex offender with the chief of police of the city in which I reside or the sheriff of the county if I reside in an unincorporated area. ☒ 6f.

g. Federal and state law prohibit a convicted felon from possessing a firearm. ☐ 6g.

7. As to each crime, enhancement, and/or prior conviction, I now intend to plead guilty/nolo contendere (no contest) and/or admit to:

a. I waive and give up each of the above constitutional rights listed in paragraph 5. ☐ 7a.

8. a. I understand that the court will not decide whether to impose sentence or extend probation until a probation officer conducts an investigation and reports on my background, prior record (if any), and the circumstances of the case. ☐ 8a.

b. I understand that if I am now on probation/parole, my plea if guilty/nolo contendere (no contest) in this case may constitute a violation of my probation/parole and result in its revocation and the imposition of sentence. ☐ 8b.

9. I am freely and voluntarily entering the plea(s) of guilty/nolo contendere [and admission(s)] as indicated:

a. Because I am guilty (and for no other reason), and/or ☐ 9a.

b. As a result of plea bargaining after discussing with my attorney the possibility of my being convicted on other or more serious charges and/or risking the possibility of a longer sentence, and/or ☐ 9b.

c. Because the ☒ district attorney/ ☐ court has agreed to: ☐ 9c.
_____
_____
_____
_____
_____

d. ☐ Eligible for Weekender/Work Release Program. Complete by _____ ☐ 9d.

10. My attorney explained to me that other possible consequences of this plea and any admission of any enhancement(s) and/or any prior conviction(s) may be: (Circle possible consequences): ☐ 10.

(a) Mandatory/presumptive prison sentence    (f) Loss of driving privileges
(b) Increased punishment for future felonies    (g) Registration as an arson offender
(c) Serious/violent felony (strike)    (h) Required to submit to HIV test
(d) Reduced earning of custody credits    (i) Civil/asset forfeiture consequences per H&S 11469, et seq.
(e) Sexual Violent Predator Act    (j) Other:

11. Except otherwise stated herein, no one has promised or suggested to me that I will receive a lighter sentence, probation, reward, immunity, or anything else to get me to plead guilty/nolo contendere (no contest) as indicated. ☐ 11.

12. No one has used any force or violence or threats or menace or duress or undue influence of any kind on me or anyone dear to me to get me to plead guilty/nolo contendere (no contest) as indicated. ☐ 12.

13. I am not now under the influence of alcohol, or of any drugs, narcotics, medicine, or any other substance which could interfere with my ability to understand what I am doing; nor am I suffering from any condition which could have that effect. ☐ 13.

14. I understand that if I am not a citizen of the United States, deportation, exclusion from admission to the United States, or denial of naturalization may result from a conviction of the offense(s) to which I plead guilty/nolo contendere (no contest). ☐ 14.

15. a. I understand that even though the court may approve the agreement for sentence set forth, the court is not bound by the agreement, and that the court may withdraw its approval at any time before pronouncement of judgement, in which case I shall be able to withdraw my plea should I desire to do so. ☐ 15a.

b. I also understand the agreement for sentence set forth herein is expressly conditioned upon the representations made to the court re: facts of my case and my background. I understand that if the probation report reveals facts about my case or facts about my background materially different from what has been reported to the court, the court will no longer be bound by the agreement and may then sentence me based upon the actual facts [per People v. Jackson (1980) 103 Cal.App.3d 635]. ☐ 15b.

c. I understand that any agreement as to sentence applies only in the original sentence and that a violation of probation may cause the court to send me to county jail or state prison for the maximum term provided by law. ☐ 15c.

d. (Harvey Waiver) I waive my rights regarding dismissed counts and any charges the district attorney agrees not to file to the extent that the court may consider these factors in deciding whether or not to grant probation and in deciding whether or not to impose a midterm, aggravated, or mitigated prison term, and as to restitution. ☐ 15d.

16. Cruz Waiver (if applicable) I understand I have an absolute right under California law to withdraw my plea if the court, for any reason, does not follow the plea bargain agreement. I also understand that I cannot receive any additional penalty or punishment for any subsequent failure to appear or any new offense unless I am properly charged and convicted of such an offense. I understand and agree as part of this plea bargain agreement to be released upon my own recognizance and to waive these rights, and as a condition of my release, I will: ☒ 16.

a. Report to the probation department as ordered by the court. ☒ 16a.

b. Keep any appointment(s) set by the probation department. ☒ 16b.

c. Appear in court for sentencing, or any other date set by the court. ☒ 16c.

d. Not violate any law (excluding infractions) between today and the date of sentencing. ☒ 16d.

e. Submit to Bravo search terms. ☒ 16e.

f. _____ ☒ 16f.

File Stamp

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN BERNARDINO**

_____ **DISTRICT**

PEOPLE OF THE STATE OF CALIFORNIA,

                                 Plaintiff,

       v.

Lorenzo Trevizo

                             Defendant.

Case No. FWV 031741

DECLARATION BY DEFENDANT   ☐ Under Penal Code Section 859a   ☒ Re: Change of Plea (Guilty)

1. My true name is Lorenzo Trevizo, born 11/29/1978.

2. The INFORMATION filed herein accuses me of the offense(s) of:
Complaint/Indictment/Information
PC 12021.1   VC 2800.2   PC 496(a), HS 11378, HS
11370.1(a),  VC 20002(a)

3. I desire to change my plea(s) and plead guilty/nolo contendere (no contest) to (and admit the following enhancement(s) or prior(s)): Including lesser offense(s) to which plea to be made and the maximum sentence.) ☐

| Count(s) | Code Section | Name of Offense | Sentencing Range |
|---|---|---|---|
| 1 | PC 12021.1 | Felon in Poss. of Fire Arm | 16.2.3 |
| 2 | VC 2800.2(a) | Evading Peace Off. Willful Disregard | 16.2.3 |
| 1 & 2 | PC 1170.12(a)-(d) & 667(b-i) | Serious/Violent Prior Conviction | |
|  |  |  |  |

| Count(s) | Code Section | Name of Offense/Enhancement/Prior | Sentencing Range |

4. a. I understand that the law allows me to enter a guilty plea to a magistrate, but that as soon as I do so, my case will be transferred to the superior court, which will then have complete control over every aspect of it.   For 859a

   b. I further understand that even after I plead guilty, I will retain my right to be released on reasonable bail, but that all questions concerning bail will be determined by a judge of the superior court.   For 859a

5. I understand that as to each charge, prior conviction, and/or enhancement alleged against me in this case, I have many rights, including the constitutional right to:

   a. **A speedy and public trial by jury** or by a judge without a jury;

   b. **Be represented by an attorney at trial** and at all stages of the proceeding; and if I cannot afford an attorney, the court will appoint an attorney to represent me at no charge. However, a judge may later direct me to pay such part of the cost of the attorney as the judge determines that I am able to pay;

   c. **See, hear, and question all witnesses** who testify against me at trial;

   d. **Have the judge order into court all the evidence** and order my witnesses to attend the trial without cost to me;

   e. **Present evidence in my favor at trial;**

   f. **Remain silent** at trial, or, if I wish, testify for myself; and

   g. (If applicable) A preliminary hearing at which the district attorney would have to show that there was sufficient cause that I had committed the offense(s), and the right at such hearing to be represented by an attorney, to see, hear, and question all witnesses who testify against me, and to present evidence in my favor if I so desire, and to either testify or remain silent.   For 859a

6. a. I understand that in addition to any other punishment, I shall be required to pay a mandatory restitution fine of not less than $200 nor greater than $10,000 and subject to a penal fine up to $10,000 ($20,000 for Health & Safety) Code §§ 11350-11353, 11355, 11359-11361 or $50,000 for Health and Safety Code § 11379.6 or Arson, Penal Code §§ 451-455) whether probation is granted or denied.

   b. Any state prison commitment will be followed by a period of PAROLE of 3 to 4 years, 5 to 7 years, or life. Any violation of the terms of parole could result in up to an additional year in custody for each violation, up to a maximum of 4 years, 7 years, or life. (Circle appropriate parole.)

   c. If I am found to be addicted to the use of narcotics or in the imminent danger of becoming so addicted, I may be committed to the Department of Corrections Narcotic Rehabilitation Program for a period of time equal to that which I would otherwise have to spend in state prison.

   d. If I plead guilty to any drug offense covered by Health & Safety Code Section 11590, I will be required to register as a controlled-substance offender with the chief of police of the city in which I reside or the sheriff of the county if I reside in an unincorporated area.

   e. If a motor vehicle is found to be involved in or incidental to the commission of the offense, my driving privileges may be revoked by the court and/or Department of Motor Vehicles.

ABF 13-20110-360 Rev 07/04                                  Page

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3

4                                              )    CASE No.
                                               )
5                                              )    PROOF OF SERVICE
                                               )
6                                              )
                                               )
7                                              )
                                               )
8    _____)

9        I, the undersigned, hereby certify that I am over the

10   age of eighteen years and am not a party to the above

11   entitled action.

12       On ___3-12-_____, _08_, I served a copy of

13   ___Writ of HABEAS CORPUS_____

14   by placing said copy in a postage paid envelope addressed

15   to the person(s) hereinafter listed, by depositing said

16   envelope in the United States Mail:

17   (List all person(s) served in this action.)

18       Clerk of U.S. District court, Room 4290
19          880 Front STREET,
20       SAN DiEgo, cA. 92101- 8900.

21

22

23

24

25       I declare, under the penalty of perjury, that the

26   foregoing is true and correct.

27   DATED: _3-12-08_____      _____
                                        Declarant's signature
28   _Lorenzo Trevizo_____
     Declarant's printed name

USDC-PROOF-4

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Lorenzo D. Trevizo

DEFENDANTS

Knowles

FILING FEE PAID   Yes   No
IFP MOTION FILED   Yes   No
COPIES SENT TO
Court     Pro Se

2254     1983

**FILED**
**MAR 1 7 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED**  Solano
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Lorenzo D. Trevizo
PO Box 2500
Vacaville, CA 95696
K-90776

ATTORNEYS (IF KNOWN)

'08 CV 0493 DMS BLM

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)      FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)**

### 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act |  |  |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights |  |  | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Docket Number

DATE   3/17/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Trevizo

CR